# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0250
_____

CITY OF MIAMI and USIS, INC.,

Appellants,

v.

RODOLFO BERTRAND,

Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accident: March 9, 2018.

August 30, 2019

PER CURIAM.

AFFIRMED.

B.L. THOMAS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Victoria Mendez and Eric J. Eves of Office of the City Attorney, Miami, for Appellants.

Mark L. Zientz of Law Offices of Mark L. Zientz, P.A., Miami, for Appellee.